IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 07-269-M |
| KIA REID | : | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, through its attorneys, Patrick L. Meehan, United States Attorney, and Eric L. Gibson, Special Assistant United States Attorney, respectfully moves to dismiss the complaint filed against the defendant on March 5, 2007, without prejudice.

On March 5, 2007, defendant KIA REID was charged with knowingly and willfully making a material false statement to an FBI agent who was investigating a matter within the jurisdiction of the executive branch of the government of the United States, in violation of Title 18, U.S.C. Section 1001. The FBI was investigating a threatening letter left for an employee of the Sheraton Suites in which were pasted cutouts of, among other things, the phrases "REMEMBER 9/11," "you and your kids will pay," "tie onto the fence," "strategically planned," and "death." On November 8, 2006, defendant KIA REID stated that she did not have any knowledge of who produced the letter, a statement that REID then well knew and believed, was false, because defendant KIA REID knew that she had produced the letter, that she had used gloves while producing the letter, and that she had disposed of the gloves. Defendant was arrested, and charged by complaint.

On March 16, 2007, U.S. Magistrate Judge Jacob P. Hart made a determination, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, that probable cause existed for

the issuance of the complaint following a stipulation by defendant. The defendant was released on bond.

At this time, the government moves for dismissal of the complaint without prejudice. The government and defendant have resolved this matter by way of a negotiated plea agreement through which an information has been filed charging Reid with sending a note threatening violence to her supervisor at work, in an attempt to interfere with the supervisor's federally protected employment activity, and because the supervisor is an Arab-American in violation of 18 U.S.C. § 245 (b)(2)(C). The government seeks dismissal of the complaint without prejudice prior to the deadline to file an indictment under the Speedy Trial Act, 18 U.S.C. Section 3161 *et seq*. Defendant is on bond and would not be prejudiced by the dismissal of the complaint.

WHEREFORE, the government respectfully requests that the complaint in the above-captioned action be dismissed without prejudice.

> Respectfully submitted,
>
> PATRICK L. MEEHAN
> United States Attorney
>
> _____
> MICHAEL SCHWARTZ
> Chief, Public Corruption and Civil Rights
> Assistant United States Attorney
>
> _____
> ERIC L. GIBSON
> Special Assistant U. S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 07-269-M |
| KIA REID | : | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon motion for the government, the complaint in the above-captioned matter is hereby DISMISSED without prejudice.

BY THE COURT:

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion to Dismiss Complaint, was served by fax/first class mail postage prepaid, on the following defense counsel:

Catherine C. Henry, Esq.
Curtis Center, Suite 540 West
Independence Square West
Philadelphia, PA 19106
Tel: 215-928-1100

_____
ERIC L. GIBSON
Special Assistant U. S. Attorney

Date: May 3, 2007